Prob 35
(12/98)

Report and Order Terminating
Probation
Prior to Original Expiration Date

# United States District Court
## FOR THE
## Southern District of Illinois

FILED
NOV 15 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 0754 4:01CR40074 001

DEAN WEST

On June 4, 2002, the above named was placed on probation for a period of five years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

_____
Mark D. Hanson
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this __15th__ day of __November__, 2005.

_____
J. Phil Gilbert
United States District Judge